# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139697

DONALD A. KUEBLER and CHERYL K.
KUEBLER,
      Plaintiffs-Appellants,

v

                                             SC: 139697
COA: 291509
Ogemaw CC: 08-656801-AA

OGEMAW COUNTY ZONING BOARD OF
APPEALS,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009 _____

                                           Clerk